OPINION — AG — ** NOTARY BOARD — PROCEDURES — LOYALTY OATH ** THIS OPINIONS DEALS WITH: PROCEDURES THE SECRETARY OF STATE SHOULD FOLLOW IN APPOINTING AND COMMISSIONING A NOTARY PUBLIC UNDER THE PROVISIONS OF 49 O.S. 1 [49-1] — 49 O.S. 10 [49-10] ; REQUIRING ALL PUBLIC OFFICERS TO TAKE WITHIN A SPECIFIC PERIOD A LOYALTY OATH ; BLANK FORMS (NOTARY, COUNTY CLERK) CITE: 49 O.S. 1 [49-1], 49 O.S. 2 [49-2] [49-2], 49 O.S. 4 [49-4], 51 O.S. 37.1 [51-37.1] [51-37.1], 51 O.S. 37.8 [51-37.8], 51 O.S. 32 [51-32] [51-32] (FRED HANSEN)